IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00416-WYD-KLM

BRANTA, LLC, a Delaware limited
liability company; BRANTA
EXPLORATION & PRODUCTION
COMPANY, LLC, a Delaware limited
liability company; and HARVEST (US)
HOLDINGS, INC., a Delaware
corporation,

      Plaintiffs,

v.

NEWFIELD PRODUCTION COMPANY,
a Texas corporation,

      Defendant.

---

## STIPULATED ORDER REGARDING F.R.E. 502(D)

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

  The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production to the opposing party or parties.

Dated: July 6, 2015

Respectfully submitted,

s/ Matthew E. Johnson
Hugh Q. Gottschalk
Matthew E. Johnson
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street
Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: gottschalk@wtotrial.com
johnson@wtotrial.com

*Attorneys for Plaintiffs*

s/ Amy Benson
Timothy R. Beyer
Amy Benson
Sara L. Hartley
Bryan Cave LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: 303.861.7000
Facsimile: 303.866.0200
Email: tim.beyer@bryancave.com
amy.benson@bryancave.com
sara.hartley@bryancave.com

James M. Truss
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone: 210.554.5500
Facsimile: 210.226.8395

*Attorneys for Defendant*

**SO ORDERED**

Dated: July 20, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge

2