IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00416-WYD-KLM

BRANTA, LLC, a Delaware limited liability company,
BRANTA EXPLORATION & PRODUCTION COMPANY, LLC, a Delaware limited liability company, and
HARVEST (US) HOLDINGS, INC., a Delaware corporation,

    Plaintiffs,

v.

NEWFIELD PRODUCTION COMPANY, a Texas corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order** [#27] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#27-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: August 17, 2015