IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00416-WYD-KLM

BRANTA, LLC, a Delaware limited liability company,
BRANTA EXPLORATION & PRODUCTION COMPANY, LLC, a Delaware limited liability company, and
HARVEST (US) HOLDINGS, INC., a Delaware corporation,

    Plaintiffs,

v.

NEWFIELD PRODUCTION COMPANY, a Texas corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion for Leave to File First Amended Complaint** [#32] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. The Clerk of Court shall accept Plaintiffs' Amended Complaint [#32-1] for filing as of the date of this Minute Order.

    Dated: September 9, 2015