IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-0416-WYD-KLM

BRANTA, LLC;
BRANTA EXPLORATION & PRODUCTION COMPANY, LLC;
HARVEST (US) HOLDINGS, INC.;
HARVEST NATURAL RESOURCES, INC.,

      Plaintiffs,

v.

NEWFIELD PRODUCTION COMPANY;
CRESCENT POINT ENERGY CORPORATION;
UTE ENERGY, LLC;

      Defendants.

---

## ORDER DISMISSING WITH PREJUDICE ALL CLAIMS ASSERTED AGAINST DEFENDANTS CRESCENT POINT ENERGY CORPORATION AND UTE ENERGY, LLC

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice of All Claims Asserted Against Defendants Crescent Point Energy Corporation and UTE Energy, LLC (ECF No. 67), filed on November 16, 2015.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims asserted against Defendants Crescent Point Energy Corporation and UTE Energy, LLC shall be **DISMISSED WITH PREJUDICE** in this action.  Each party shall bear its own costs and attorney's fees.  Accordingly, it is

ORDERED that all claims asserted against Defendants Crescent Point Energy Corporation and UTE Energy, LLC are **DISMISSED WITH PREJUDICE** in this action.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of Defendants Crescent Point Energy Corporation and UTE Energy, LLC.

Dated: November 20, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge