IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00416-WYD-KLM

BRANTA, LLC, a Delaware limited liability company,
BRANTA EXPLORATION & PRODUCTION COMPANY, LLC, a Delaware limited liability company,
HARVEST (US) HOLDINGS, INC., a Delaware corporation, and
HARVEST NATURAL RESOURCES, INC., a Delaware corporation,

      Plaintiffs,

v.

NEWFIELD PRODUCTION COMPANY, a Texas corporation,

      Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [#70] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#70] is **GRANTED**. The deadline to serve written discovery is extended to **December 18, 2015**.

      Dated: November 23, 2015