IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00416-WYD-KLM

BRANTA, LLC, a Delaware limited liability company,
BRANTA EXPLORATION & PRODUCTION COMPANY, LLC, a Delaware limited liability company,
HARVEST (US) HOLDINGS, INC., a Delaware corporation, and
HARVEST NATURAL RESOURCES, INC., a Delaware corporation,

     Plaintiffs,

v.

NEWFIELD PRODUCTION COMPANY, a Texas corporation,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [#78] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#78] is **GRANTED**. The Scheduling Order is amended to extend the following deadlines:

| | |
|---|---|
| • Deadline to Serve Written Discovery Requests | **February 5, 2016** |
| • Affirmative Expert Disclosure Deadline | **April 8, 2016** |
| • Rebuttal Expert Disclosure Deadline | **May 13, 2016** |
| • Discovery Deadline | **May 27, 2016** |
| • Dispositive Motions Deadline | **June 3, 2016** |

     IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 1, 2016 at 10:00 a.m. is **VACATED** and **RESET** to **August 23, 2016** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **August 16, 2016**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

     Dated: December 21, 2015