IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00416-WYD-KLM

BRANTA, LLC, a Delaware limited liability company,
BRANTA EXPLORATION & PRODUCTION COMPANY, LLC, a Delaware limited liability company,
HARVEST (US) HOLDINGS, INC., a Delaware corporation, and
HARVEST NATURAL RESOURCES, INC., a Delaware corporation,

    Plaintiffs,

v.

NEWFIELD PRODUCTION COMPANY, a Texas corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Relief from Court's Order Concerning Depositions of Mr. Daryll Howard & Mr. Joseph Jaggers** [#81] (the "Motion"). At a Discovery Hearing held on December 7, 2015, the Court ordered that the depositions of Daryll Howard ("Howard") and Joseph Jaggers ("Jaggers") be taken no later than January 31, 2016. *See* [#77]. The parties seek an extension of that deadline. The discovery deadline is May 27, 2016. *See* [#80].

    IT IS HEREBY **ORDERED** that the Motion [#81] is **GRANTED**. The depositions of Mr. Howard and Mr. Jaggers shall be taken **no later than March 3, 2016**.

    Dated: January 22, 2016