IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00416-WYD-KLM

BRANTA, LLC, a Delaware limited liability company,
BRANTA EXPLORATION & PRODUCTION COMPANY, LLC, a Delaware limited liability company,
HARVEST (US) HOLDINGS, INC., a Delaware corporation, and
HARVEST NATURAL RESOURCES, INC., a Delaware corporation,

    Plaintiffs,

v.

NEWFIELD PRODUCTION COMPANY, a Texas corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Second Stipulated Joint Motion to Modify Scheduling Order** [#85] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#85] is **GRANTED**. The Scheduling Order is amended to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **May 13, 2016** |
| • Rebuttal Expert Disclosure Deadline | **June 17, 2016** |
| • Fact Discovery Cut-Off | **July 1, 2016** |
| • Expert Discovery Cut-Off | **July 15, 2016** |
| • Dispositive Motions Deadline | **July 29, 2016** |

    Dated: April 8, 2016